STATE EX REL. EUGENE L. LEWIS v. CHARLES C. RICHARDSON, AUD. ET AL.

DISTRIBUTION OF TAXES FOR COLLECTION FEES NOT COMPELLABLE UNTIL ASCERTAIN-
MENT OF AMOUNT COLLECTED.

Distribution of a special tax levied by the several school boards of the
county to provide compensation for services by the county auditor
under Sec. 1069 Rev. Stat., cannot be compelled by mandamus until after
the amount collected has been ascertained at the semi-annual settlements.

[Syllabus approved by the court.]

MANDAMUS.

Thorndyke & Capelle, for relator.
Ireton, Collins, Schoenle & Poor, contra.

SWING, J.

Certain levies were made by the several school boards of the county
to pay certain fees, which, properly belonged to Lewis, auditor of Ham-
ilton county, and are now in process of collection. Lewis seeks by man-
damus to have the same paid now, the December taxes having been paid.
The petition should not prevail at the present time. Upon settlement
between auditor and treasurer the amount collected on the levy made for
this purpose should be paid to Lewis on the warrant of the auditor
drawn on the treasurer. The only fund available for the payment of
this amount is what is collected by taxation, and when collected, and not
until then, it should be paid as above stated, and the amount cannot be
ascertained until the semi-annual settlements as provided in Sec. 1069
Rev. Stat.

The action is premature.

Giffen and Smith, JJ., concur.